Plaintiff,
United States of America,

Defendant,
Juan Romero Grogan, Jr.

Case No. 5:23 373

Judge: Donald C. Nugent

Motion For Continuance

Now comes defendant, proceeding pro se, requesting the court to grant a continuance to adequately prepare the filing of pretrial motions.

In the interest of justice, a continuance is necessary into a pretrial investigation of all the facts and law, concerning the United States Prosecution office *deliberately* participating in the Canton FBI's intent, to violate defendant's Sixth and Fifth Amendment protections.

While although defendant isn't a target of the wiretap warrant as discussed in the previous motion for a continuance, defendant is entited *under Brady* and the Jencks Act, to inspect all evidence that is exculpatory for the defense. Whether entitled inspection of the supporting affidavit or not, depends on the totality of the circumstances.

Because this discovery request is for the defense to inspect the *warrant* and not the affidavit supporting it, defense anticipates the government not to oppose.

Case: 5:23-cr-00373-DCN Doc #: 74 Filed: 02/24/25 2 of 4. PageID #: <pageID>

Should there, for any reason, be a denial of such continuance, and request to reset pretail deadlines for filings, defendant no longer wish to proceed pro se. Defendant does not wish, in this decision, to relinquish the right to self-representation, however, would be being forced to, by duress and coercion of the court in its actions of expeditiously being brought before a jury trial with out adequate and sufficient time to do so as a pro se defendant.

Defendant was transferred institutions in the time frame of self-representation; and has recently been appointed a private investigator, however, being forced to trial.

For these reasons, defendant request should be granted asto a motion for a continuance; and shall that request be denied; a request to reassign court appointed attorney.

[signature]
#27240-509
N.E.O.CC
2240 Hubbard Rd
Youngstown, Ohio 44505

Second, there, for new reasons or a denial of these documents, and request to raise prejudicial deadlines the filings. Defendant to proper use a correct process. Defendant does not wish, to the detriment, to relinquish the right to self-representation, counsel would be being forced to, or duress and coercion of the court in its actions of essentially being pushed past a date that will not adequately and sufficient time to do so [illegible] as defendant.

Defendant was previously assisted in the form of self-representation and has recently been appointed a private investigator, which has been [illegible].

For these reasons, defendant requests should be granted there is enough of a continuance and that these requests be granted, a [illegible] [illegible] approach [illegible].

#72245-509
N.E.O.C.C.
2240 Hubbard Rd
Youngstown, Ohio 44505